IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETCO ANIMAL SUPPLIES STORES, INC., as successor to PETCO ANIMAL SUPPLIES, INC., a Delaware Corporation, | ) ) ) ) | CASE NO. 8:14-cv-280 |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| THE FIVE FIFTY TWO CORPORATION, a Nebraska corporation, | ) ) ) | |
| Defendant. | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.,* 357 F.3d 827, 828 (8th Cir. 2004), Petco Animal Supplies Stores, Inc., as successor to Petco Animal Supplies, Inc., a Delaware corporation, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

■   This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations: **Petco Animal Supplies, Inc., a Delaware Corporation (parent**

**corporation); Petco Holdings, Inc., a Delaware Corporation (grandparent corporation).**

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Additional information:

    PETCO ANIMAL SUPPLIES STORES, INC., a Delaware corporation, as successor to PETCO ANIMAL SUPPLIES, INC., Plaintiff,

By: /s/Dan H. Ketcham
ENGLES, KETCHAM, OLSON & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
(402) 348-0900  Fax (402) 348-0904
Dan H. Ketcham, #18930
dketcham@ekoklaw.com
Michael L. Moran, #24042
mmoran@ekoklaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above and foregoing was mailed to the following by regular United States mail, postage prepaid, this 7th day of October 2014:

Scott D. Jochim, #21956
Richard L. Anderson, #15006
Croker, Huck, Kasher, DeWitt, Anderson & Gonderinger, LLC
2120 S. 72 St., Suite 1200
Omaha, NE 68124
(402) 391-6777  Fax (402) 390-9221
sjochim@crokerlaw.com
randerson@crokerlaw.com

/s/Dan H. Ketcham