# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PETCO ANIMAL SUPPLIES STORES, INC.**, as successor to **PETCO ANIMAL SUPPLIES, INC.**, a Delaware corporation,<br><br>   Plaintiff,<br><br> vs.<br><br>**THE FIVE FIFTY TWO CORPORATION**, a Nebraska corporation,<br><br>   Defendant. | Case No. 8:14cv280<br><br>**ORDER** |

This case is before the court on the Defendant's Motion for Telephonic Hearing (#14). The court denies the motion at this time.

**IT IS ORDERED:**

1. The Motion for Telephonic Hearing (#14) is denied.

2. The parties are directed to meet and confer as to the issues set out in said motion and file a joint report on those issues, on or before **Noon on Tuesday, October 21, 2014.**

Dated this 16th day of October 2014.

      BY THE COURT:

      s/ F.A. Gossett, III
      United States Magistrate Judge