# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PETCO ANIMAL SUPPLIES STORES, INC.,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**THE FIVE FIFTY TWO CORPORATION, a Nebraska corporation;**<br><br>　　　　　**Defendant.** | **8:14CV280**<br><br>**ORDER** |

This matter is before the Court on the Motion for Disbursement of Funds (Filing No. 135) filed by Plaintiff Petco Animal Supplies Stores, Inc. ("Petco"). Petco seeks disbursement of the funds deposited with the Court as a preliminary injunction bond, Text Receipt No. 15464700026. The bond was released pursuant to the Court's Judgment dated January 6, 2016 (Filing No. 134). The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. Petco's Motion for Disbursement of Funds (Filing No. 135) is granted;

2. The funds Petco deposited with the Clerk of the United States District Court shall be released to "Petco Animal Supplies Stores, Inc." at the following address:

    Petco Animal Supplies Stores, Inc.
    c/o Jeffrey Hunter
    654 Richland Hills Dr.
    San Antonio, TX 78245

Dated this 13th day of January, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge